

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00039-CV

Johnny Partain

v.

J.E. Eddie Guerra, Carlos Gonzalez, Homer Jasso, Sr., Rene Guerra, Rodolfo Gonzalez, Sergio Valdez, Guadalupe Trevino, and County of Hidalgo, Texas

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0929-12-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 27, 2021